# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 19, 2015

_____

RESPONSE REQUESTED

_____

No. 15-4384,    <u>US v. Keith Vinson</u>
                1:12-cr-00020-MR-DLH-5

TO:   John Clark Fischer

RESPONSE DUE: 10/19/2015

Response is required to the pro se motion for appointment of counsel.  Response
must be filed by the response due date shown in this notice.

Cathy Poulsen, Deputy Clerk
804-916-2704