FILED: December 23, 2015

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 15-4384
(1:12-cr-00020-MR-DLH-5)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

KEITH ARTHUR VINSON

      Defendant - Appellant

_____

O R D E R
_____

The court defers consideration of counsel's motion for extension of time to file the opening brief and appendix pending filing of opening brief and appendix on or before 01/11/2016. Counsel is advised that no additional extensions will be granted.

The due dates for any subsequent briefs under the briefing schedule will run from the filing date, rather than from the due date, of the preceding brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk